IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-4047-01-CR-C-SOW |
| | ) | |
| BRYAN GREGGORY WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before this Court is the Report and Recommendation (Doc. # 44) of United States Magistrate Judge William A. Knox regarding defendant Bryan G. Wilson's entry of a plea of guilty. On August 25, 2008, the defendant, by consent, appeared before U.S. Magistrate Judge William A. Knox and entered a plea of guilty to Counts One and Six of the superseding indictment filed on March 7, 2008. After cautioning and examining the defendant, under oath, concerning each of the subjects mentioned in Rule 11, it was determined that the guilty plea was knowledgeable and voluntary as to each count, and that the offense to which the defendant has plead guilty is supported by a factual basis for each of the essential elements of the offense.

Accordingly, pursuant to the Report and Recommendation submitted, it is hereby

ORDERED that defendant Bryan G. Wilson's plea of guilty shall be accepted and that defendant Wilson be adjudged guilty and have sentence imposed accordingly. It is further

ORDERED that a pre-sentence investigation report be prepared on defendant Wilson.

\_\_\_/s/ Scott O. Wright_____
SCOTT O. WRIGHT
Senior United States District Judge

Dated: \_\_9/3/2008_____